# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERRY KEYS,

    Petitioner,

-vs-

WARDEN JAMES CROSS,

    Respondent.                        No. 13-cv-410-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on November 20, 2013, the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice.

    **DATED:** November 20, 2013

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:  s/*Sara Jennings*
                                                     Deputy Clerk

David R. Herndon
2013.11.20
23:44:20 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT